# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF WYOMING

# CASPER DIVISION

**Frank Travis Green III,** ) **Case No:** 26cv249-SWS

**Plaintiff** )

**Vs.** )

**Wind River Tribal Court:** )

**Judge Kendra Hutado** )

**Judge Kevin Ferris** )

**Judge B. Gribens** )

**Eastern Shoshone DFS (Yuri Garvin)** )

**Shalene Velarde** )

**Allison McWilliams WCADVSA Legal Program** )

**All officials acting under color of tribal authority** )

**Defendants**

# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

Plaintiff: Frank Travis Green III

v.

Defendants: Wind River Tribal Court; Judge Kendra Hutado; Judge Kevin Ferris; Judge B. Gribens; Eastern Shoshone DFS; Yuri Garvin; Allison McWilliams WCADVSA Legal Program, Shalene Velarde

Case No.: ______________________

SUMMONS IN A CIVIL ACTION

TO: Judge Kendra Hutado

Wind River Tribal Court

109 Norkok street

Fort Washakie, WY 82514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you, you must serve on the plaintiff an answer or a Rule 12 motion.

Failure to respond may result in default judgment.

___________________________________

Clerk of Court

Date: ______________________________

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF WYOMING

# CASPER DIVISION

Frank Travis Green III, ) Case No: 26 CV 249-SWS

Plaintiff )

Vs. )

Wind River Tribal Court: )

Judge Kendra Hutado )

Judge Kevin Ferris )

Judge B. Gribens )

Eastern Shoshone DFS (Yuri Garvin) )

Shalene Velarde )

Allison McWilliams WCADVSA Legal Program )

All officials acting under color of tribal authority )

Defendants

# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

Plaintiff: Frank Travis Green III

v.

Defendants: Wind River Tribal Court; Judge Kendra Hutado; Judge Kevin Ferris; Judge B. Gribens; Eastern Shoshone DFS; Yuri Garvin; Allison McWilliams WCADVSA Legal Program, Shalene Velarde

Case No.: ____________________

SUMMONS IN A CIVIL ACTION

TO: Judge B. Gribens

Wind River Tribal Court

109 Norkok street

Fort Washakie, WY 82514

A lawsuit has been filed against you.

You must respond within 21 days.

______________________________

Clerk of Court

Date: __________________________

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF WYOMING

# CASPER DIVISION

**Frank Travis Green III,** ) **Case No:** 26 CV 249-SWS

**Plaintiff** )

**Vs.** )

**Wind River Tribal Court:** )

**Judge Kendra Hutado** )

**Judge Kevin Ferris** )

**Judge B. Gribens** )

**Eastern Shoshone DFS (Yuri Garvin) )**

**Shalene Velarde** )

**Allison McWilliams WCADVSA Legal Program )**

**All officials acting under color of tribal authority )**

**Defendants**

# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

Plaintiff: Frank Travis Green III

v.

Defendants: Wind River Tribal Court; Judge Kendra Hutado; Judge Kevin Ferris; Judge B. Gribens; Eastern Shoshone DFS; Yuri Garvin; Allison McWilliams WCADVSA Legal Program, Shalene Velarde

Case No.: ____________________

SUMMONS IN A CIVIL ACTION

TO: Eastern Shoshone DFS

Attn: Director's Office

Eastern Shoshone Tribal Complex

14 N Fork Rd.

Fort Washakie, WY 82514

A lawsuit has been filed against you.

You must respond within 21 days.

______________________________

Clerk of Court

Date: ___________________________

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF WYOMING

# CASPER DIVISION

**Frank Travis Green III,** ) **Case No:** 26 CV 249-SWS

**Plaintiff** )

**Vs.** )

**Wind River Tribal Court:** )

**Judge Kendra Hutado** )

**Judge Kevin Ferris** )

**Judge B. Gribens** )

**Eastern Shoshone DFS (Yuri Garvin) )**

**Shalene Velarde** )

**Allison McWilliams WCADVSA Legal Program )**

**All officials acting under color of tribal authority )**

**Defendants**

# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

Plaintiff: Frank Travis Green III

v.

Defendants: Wind River Tribal Court; Judge Kendra Hutado; Judge Kevin Ferris; Judge B. Gribens; Eastern Shoshone DFS; Yuri Garvin; Allison McWilliams WCADVSA Legal Program, Shalene Velarde

Case No.: ______________________

SUMMONS IN A CIVIL ACTION

TO: Yuri Garvin

Eastern Shoshone DFS

104 Washakie Street

Fort Washakie, WY 82514

A lawsuit has been filed against you.

You must respond within 21 days.

____________________________________

Clerk of Court

Date: ______________________________

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF WYOMING

# CASPER DIVISION

**Frank Travis Green III, ) Case No:** 26 CV 249-SWS

**Plaintiff )**

**Vs. )**

**Wind River Tribal Court: )**

**Judge Kendra Hutado )**

**Judge Kevin Ferris )**

**Judge B. Gribens )**

**Eastern Shoshone DFS (Yuri Garvin) )**

**Shalene Velarde )**

**Allison McWilliams WCADVSA Legal Program )**

**All officials acting under color of tribal authority )**

**Defendants**

# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

Plaintiff: Frank Travis Green III

v.

Defendants: Wind River Tribal Court; Judge Kendra Hutado; Judge Kevin Ferris; Judge B. Gribens; Eastern Shoshone DFS; Yuri Garvin; Allison McWilliams WCADVSA Legal Program, Shalene Velarde

Case No.: ____________________

SUMMONS IN A CIVIL ACTION

TO: Judge Kevin Ferris

Wind River Tribal Court

109 Norkok street

Fort Washakie, WY 82514

A lawsuit has been filed against you.

You must respond within 21 days.

______________________________

Clerk of Court

Date: __________________________

# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF WYOMING

## CASPER DIVISION

**Frank Travis Green III, ) Case No:** 26 CV 249-SWS

**Plaintiff )**

**Vs. )**

**Wind River Tribal Court: )**

**Judge Kendra Hutado )**

**Judge Kevin Ferris )**

**Judge B. Gribens )**

**Eastern Shoshone DFS (Yuri Garvin) )**

**Shalene Velarde )**

**Allison McWilliams WCADVSA Legal Program )**

**All officials acting under color of tribal authority )**

**Defendants**

# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

Plaintiff: Frank Travis Green III

v.

Defendants: Wind River Tribal Court; Judge Kendra Hutado; Judge Kevin Ferris; Judge B. Gribens; Eastern Shoshone DFS; Yuri Garvin; Allison McWilliams WCADVSA Legal Program, Shalene Velarde

Case No.: ______________________

SUMMONS IN A CIVIL ACTION

TO: Shalene Velarde

Riverton, WY ______

A lawsuit has been filed against you.

You must respond within 21 days.

____________________________________

Clerk of Court

Date: ______________________________

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF WYOMING

# CASPER DIVISION

**Frank Travis Green III, )** **Case No:** 26 CV 249 · SWS

**Plaintiff )**

**Vs. )**

**Wind River Tribal Court: )**

**Judge Kendra Hutado )**

**Judge Kevin Ferris )**

**Judge B. Gribens )**

**Eastern Shoshone DFS (Yuri Garvin) )**

**Shalene Velarde )**

**Allison McWilliams WCADVSA Legal Program )**

**All officials acting under color of tribal authority )**

**Defendants**

# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

Plaintiff: Frank Travis Green III

v.

Defendants: Wind River Tribal Court; Judge Kendra Hutado; Judge Kevin Ferris; Judge B. Gribens; Eastern Shoshone DFS; Yuri Garvin; Allison McWilliams WCADVSA Legal Program, Shalene Velarde

Case No.: ______________________

SUMMONS IN A CIVIL ACTION

TO: Allison McWilliams, Bar # 8-7284

WCADVSA Legal Program,

P.O Box 236

Laramie WY 82073-0236

A lawsuit has been filed against you.

You must respond within 21 days.

____________________________________

Clerk of Court