Travis Green
629 Vine St
Riverton WY 82501

Retail

UNITED STATES POSTAL SERVICE

82601

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
RIVERTON, WY 82501
AUG 19, 2026

$3.43

S2324P504590-90

United States District Courts
111 S. Wolcott Street Rm. 121
Casper, WY 82601